AO 442 (Rev. 11/11) Arrest Warrant

30323-076

# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Kevin Smith<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 17-cr-10067 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kevin Smith                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy and drug trafficking, in violation of 21 USC Sections 841(a)(1) and 846.

Date:   07/17/2017

                                                                                s/Andrew Shulman
                                                                                *Issuing officer's signature*

City and state:   Jackson, Tennessee                     Thomas M. Gould, U.S. District Court Clerk
                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/18/17 , and the person was arrested on *(date)* 7/20/17
at *(city and state)* Milledgeville, TN   .

Date: 7/20/17

                                                                                _____
                                                                                *Arresting officer's signature*

                                                                                Nathan Bishop, TFO, DEA
                                                                                *Printed name and title*